# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIANNA APFELBAUM KULA, *et al.*, | No. 4:17-CV-02122 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## ORDER

**MAY 18, 2021**

**AND NOW**, in accordance with the accompanying Findings of Fact and Conclusions of Law, **IT IS HEREBY ORDERED** that:

1. Final judgment is entered in favor of the United States and against Plaintiffs as to Plaintiffs' claim for negligence; and

2. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge